# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Midwest Precast Services, LLC, | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| Haywood Concrete Products, Ltd., | ) | Case No. 1:18-cv-207 |
| Defendant. | ) | |

On April 29, 2019, the parties filed a Stipulation of Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 20) and **DISMISSES** the above-entitled action with prejudice and without award of costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court